Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
Email: ecf@randazza.com

Attorneys for Defendant
Marissa Brooke Donnell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY DAILY CHOICE, INC., a Nevada corporation, Plaintiff, v. MARISSA BROOKE DONNELL, also known as, MARISSA BROOKE ELDRIDGE, an individual; and DOES 1 through 20, and ROE ENTITIES 1-20, inclusive, Defendants. | Case No. 2:20-cv-02225-APG-BNW **STIPULATION TO EXTEND \|DEADLINE FOR DEFENDANT TO REPLY TO MOTION TO DISMISS** **[First request]** |

Pursuant to LR IA 6-2, LR 7-1, the Parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the date by which Defendant Marissa Brooke Donnell ("Defendant") may reply to her Motion to Dismiss until March 10, 2021. Defendant filed her Motion to Dismiss on February 10, 2021, and Plaintiff filed its Opposition to Defendant's Motion to Dismiss on February 24, 2021.

In support of this Stipulation, the Parties state as follows:

1.     Counsel for the Parties met and conferred on February 26, 2021 and agreed to extend the date by which Defendant must reply to her Motion to Dismiss one week from March 3, 2021 to March 10, 2021.

2.     In return for Plaintiff's agreement to extend the time to reply to Defendant's Motion to Dismiss, Defendant agreed not to use this extension against Plaintiff for any purpose.

3.      Good cause exists to extend the time by which Defendant is required to reply to her Motion to Dismiss because Defendant's counsel requires additional time to examine the facts and circumstances of the case before preparing and filing her reply memorandum.

Accordingly, the Parties hereto stipulate that the date by which Defendant shall file her Reply to her Motion to Dismiss is extended one week from March 3, 2021 to March 10, 2021.

IT IS SO STIPULATED.

Dated: February 26, 2021.                           Dated: February 26, 2021.

Respectfully Submitted,                              Respectfully Submitted,

/s/ Ronald D. Green                                  /s/ Jared M. Sechrist
Marc J. Randazza, NV Bar No. 12265          ERIKA PIKE TURNER
Ronald D. Green, NV Bar No. 7360             Nevada Bar No. 6454
Randazza Legal Group, PLLC                     JARED M. SECHRIST
2764 Lake Sahara Drive, Suite 109             Nevada Bar No. 10439
Las Vegas, Nevada 89117                          GARMAN TURNER GORDON LLP
                                                          7251 Amigo Street, Suite 210
Attorneys for Defendant                           Las Vegas, Nevada 89119
Marissa Brooke Donnell
                                                          COAST LAW GROUP, LLP
                                                          DAVID A. PECK (Pro Hac Vice)
                                                          California Bar No. 171854
                                                          ROSS M. CAMPBELL (Pro Hac Vice)
                                                          California Bar No. 234827
                                                          1140 S. Coast Highway 101
                                                          Encinitas, California 92024

                                                          Attorneys for Plaintiff
                                                          My Daily Choice, Inc.


                                                          IT IS SO ORDERED:


                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

                                                          DATED: March 1, 2021

Case No. 2:20-cv-02225-APG-BNW

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

_____

Employee,
Randazza Legal Group